IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MAID OF THE MIST CORPORATION, and MAID OF THE MIST STEAMBOAT COMPANY, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ALCATRAZ MEDIA, LLC ALCATRAZ MEDIA, INC. and WILLIAM M. WINDSOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO: 05A-10097-3 ) ) ) ) ) ) ) ) |

## NOTICE OF DEFENDANTS' FILING OF THE AFFIDAVIT OF WILLIAM WINDSOR AND DEFENDANTS' VERIFICATION OF ANSWER AND COUNTERCLAIM

Defendants Alcatraz Media, LLC, Alcatraz Media, Inc. and William M. Windsor, through their undersigned counsel, hereby give notice of the filing of the Affidavit of William Windsor, which is attached hereto as Exhibit "A" and the Verification of Alcatraz Media, LLC, Alcatraz Media, Inc. and William M. Windsor, which is attached hereto as Exhibit "B."

This 14th day of October, 2005.

G. Brian Raley
Georgia Bar No. 592810
Catherine F. Munson
Georgia Bar No. 529621
RALEY & SANDIFER, P.C.
2560 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 995-9000
Facsimile: (404) 995-9100
*Counsel for Alcatraz Media, LLC, Alcatraz Media, Inc. and William M. Windsor*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing NOTICE OF DEFENDANTS' FILING OF THE AFFIDAVIT OF WILLIAM WINDSOR and DEFENDANTS' VERIFICATION OF ANSWER AND COUNTERCLAIM by delivering a copy thereof addressed to:

> Carl H. Anderson, Jr.
> HAWKINS & PARNELL, LLP
> 4000 SunTrust Plaza
> 303 Peachtree Street, N.E.
> Atlanta, Georgia 30308

by United States Mail, with sufficient postage paid.

This 14th day of October, 2005.

_____
G. Brian Raley
Georgia Bar No. 592810
Catherine F. Munson
Georgia Bar No. 529621
RALEY & SANDIFER, P.C.
2560 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 995-9000
Facsimile: (404) 995-9100
*Counsel for Alcatraz Media, LLC, Alcatraz Media, Inc. and William M. Windsor*

2

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MAID OF THE MIST CORPORATION, ) | |
| and MAID OF THE MIST ) | |
| STEAMBOAT COMPANY, LTD., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: 05A-10097-3 |
| v. ) | |
| ) | |
| ALCATRAZ MEDIA, LLC ) | |
| ALCATRAZ MEDIA, INC. and ) | |
| WILLIAM M. WINDSOR, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF WILLIAM WINDSOR

Personally appeared before me, the undersigned attesting officer, William Windsor, who, after being duly sworn on oath, deposes and states as follows:

1.

My name is William Windsor, and I am above the age of eighteen (18) years, competent to make this statement, and base this statement on my personal knowledge of the facts stated herein.

2.

I am the manager of Alcatraz Media, LLC and Alcatraz Media, Inc. and have personal knowledge of the facts stated herein with regard to Plaintiffs Maid of the Mist Corporation and Maid of the Mist Steamboat Company, Ltd. (collectively, "Maid").

3.

Alcatraz's websites for the various tours it sells (including the individual tours it formerly sold for Maid) provide specifically:



**EXHIBIT A**

**BOOKING SERVICE:** Alcatraz Media, Inc. provides a booking service, and Customer agrees that Alcatraz Media, Inc. has earned the full purchase price collected for processing ticket orders whether or not Customer redeems the tickets. Alcatraz Media, Inc. sells E-Tickets and delivers those tickets by email, and Customer accepts that this is the services rendered by Alcatraz Media, Inc.

. . . .

-Alcatraz Media, Inc. sets the prices for the tours/activities that it sells. Purchases may be subject to a service fee. Any applicable service fee is included in the quoted prices. By placing an order with us, you are accepting Alcatraz Media, Inc.'s prices for the services Alcatraz Media, Inc. provides.

4.

A random check of prices offered by other tour operators on the internet instantly located two operators charging the same or more than Alcatraz for its adult tickets (LA.com and ToursMadeEasy.com).

5.

Alcatraz was informed that customers who had purchased Alcatraz's Maid vouchers prior to July 29, 2005, were told by Alcatraz representatives that Alcatraz was an "internet scam."

6.

Alcatraz discontinued offering or selling individual Maid tours on its website in late August, 2005.

7.

Since that time, Alcatraz has sold no individual Maid tours whatsoever.

8.

The only references to Maid on Alcatraz's websites involve Maid tours as part of tour packages, which are sold through other tour operators.

9.

Maid has been aware of these sales by Alcatraz since Maid ceased honoring Alcatraz's individual Maid vouchers and has not objected to Alcatraz's selling through other operators.

This 12th day of October, 2005.

_____
William Windsor

Sworn to and subscribed before me
this 12th day of October, 2005.

_____
Notary Public

## VERIFICATION OF ALCATRAZ MEDIA, LLC, ALCATRAZ MEDIA, INC. AND WILLIAM M. WINDSOR

Personally appeared before me, the undersigned Notary Public duly authorized to administer oaths, William M. Windsor, who after being duly sworn deposes and states that he is a manager who handles the day-to-day operations of Alcatraz Media, LLC and Alcatraz Media, Inc., that he is authorized to make this verification on behalf of those entities and himself and that the facts alleged in the foregoing Verified Answer and Counterclaims to Complaint for Injunctive Relief are true and correct.

This 12+ day of October, 2005.

_____
William M. Windsor

Sworn and subscribed before
me this __ day of October, 2005.

_____
Notary Public

Commission Expires: 7/24/07

**EXHIBIT B**

ALCATRAZ MEDIA, LLC

By: William M. Windsor
Its: Manager

Sworn and subscribed before me this 2 day of October 2005.

Notary Public

Commission Expires:

ALCATRAZ MEDIA, INC.

By: William M. Windsor
Its: Manager

Sworn and subscribed before me this 2 day of October 2005.

Notary Public

Commission Expires:

25